# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Scott Eugene Hamsher**<br>DOB: 1969; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-02950MJ |

Complaint for violation of Title 18, United States Code § 2422(b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

From on or about February 16, 2019 at or near Sierra Vista, in the District of Arizona and elsewhere, **Scott Eugene HAMSHER,** using the mail and any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who has not attained the age of eighteen to engage in sexual activity for which any person can be charged with a criminal offense, to wit: Sexual Conduct with a Minor, under Arizona State Revised Statute 13-1405; All in violation of Title 18, United States Code Section 2422(b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about February 16, 2019, while conducting an investigation in an attempt to locate those in the Sierra Vista area who were interested in sexual activities with underage persons, a law enforcement officer, acting in an undercover capacity (UC), provided an undercover profile on an adult chatting website.

An individual using the screen name "drtyknkyfn" began chatting with the UC using instant messaging and identified himself as an individual currently in Sierra Vista, Arizona. Early in the online conversation, the UC identified himself as a 14-year-old minor female. The "drtyknkyfn" user, later identified as Scott Eugene HAMSHER, asked the UC about her previous sexual experiences, and indicated that he wanted to participate in acts of a sexual nature with the underage girl. On February 16, 2019, HAMSHER agreed to meet the minor female at a location in Sierra Vista that night for the purpose of engaging in sexual acts. HAMSHER arrived at the agreed upon location at the agreed upon time and was arrested by agents from Homeland Security Investigations (HSI).

After waiving his *Miranda* rights, HAMSHER, who had condoms in his possession, stated that he came to the meet location for the purpose of having sex with the underage minor. HAMSHER further stated that he knew the girl he was meeting was under the age of 18 and stated that her age didn't matter to him when he was planning to meet her.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Carin C. Duryee | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* APR ForUD | OFFICIAL TITLE & NAME:<br>Special Agent Daniel Sutcliffe<br>Homeland Security Investigations |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE 2-19-2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54